UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
PHYLLIS REINOSO,

               *Plaintiff*,

   -against-                                        22-CV-10048 (ALC)
                                                    **CONFERENCE ORDER**

CITY OF NEW YORK, ET AL.,

               *Defendants*.

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

    The Court will hold a telephonic conference in this action on February 8, 2024 at 3:00PM Eastern Time.

    All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**    **January 30, 2024**
               **New York, New York**                     **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**