UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
PHYLLIS REINOSO,

        *Plaintiff*,

   -against-                             22-CV-10048 (ALC)

CITY OF NEW YORK, et al.,                **ORDER**

        *Defendants*.
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

    Pursuant to today's conference, Defendants' motion to dismiss, Nos. 43-44, is hereby **DENIED**. The Clerk of the Court is respectfully directed to close the open motion.

    The parties are ORDERED to file a joint status report by February 29, 2024.

**SO ORDERED.**

**Dated:**    **February 8, 2024**
          **New York, New York**            **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**