UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PHYLLIS REINOSO,**<br><br>       **Plaintiffs,**<br><br>   -against-<br><br>**CITY OF NEW YORK; COMMISSIONER VINCENT SCHIRALDI; WARDEN FLOYD PHIPPS; ASSISTANT DEPUTY WARDEN STEVEN RAMKISSOON; SECURITY CAPTAIN KING; JOHN AND JANE DOE DEPARTMENT OF CORRECTION SUPERVISORS 1-5; AND JOHN AND JANE DOE DEPARTMENT OF CORRECTION OFFICERS 1-5.,**<br><br>       **Defendants.** | **22-cv-10048 (ALC)**<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated: August 5, 2024
     New York, NY

                     */s/ Andrew L. Carter, Jr.*
                     **ANDREW L. CARTER, JR.**
                     **United States District Judge**